AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  JUNE 5th 2007 @ 2:58 PM |
| NAME OF SERVER (PRINT)  DAVID A. BETRON | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 750 LEXINGTON AVENUE 25th Fl. N.Y. N.Y. 10022 upon DEBRA ARONOWITZ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JUNE 7th, 2007
Date

Signature of Server: David A. Betron

Address of Server: 531 Redwood Dr. Cedarhurst, NY 11516

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.