# United States District Court

SOUTHERN DISTRICT OF NEW YORK

Zurcaled International, Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Scientific Games Corporation, Scientific Games International, Inc. and Scientific Games Corporation International, Inc.

**07 CIV. 4066**

JUDGE SAND

TO: (Name and address of defendant)

Scientific Games Corporation International, Inc.
750 Lexington Avenue, 25th Floor
New York, New York 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bartels & Feureisen, LLP
925 Westchester Avenue, Suite 304
White Plains, New York 10604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 2 4 2007

**J. MICHAEL McMAHON**
CLERK

DATE

(BY) DEPUTY CLERK