UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

ZURCALED INTERNATIONAL, INC.,

                Plaintiff,

      -against-

SCIENTIFIC GAMES CORPORATION,
SCIENTIFIC GAMES INTERNATIONAL,
INC. and SCIENTIFIC GAMES
CORPORATION INTERNATIONAL, INC.,

                Defendants.

----------------------------------------------------------- X

Case No. 07 Civ. 4066 (LBS)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the Affidavit of Larry Potts, sworn to on June 25, 2007, with exhibits attached thereto, the accompanying memorandum of law in support of the motion to dismiss, and upon all prior pleadings and proceedings had herein, the Defendants Scientific Games Corporation and Scientific Games International, Inc., will make a motion before this Court, at the Courthouse located at 500 Pearl Street, Courtroom 15-A, New York, New York, 10007 on June 19, 2007 at 2:15 p.m., or as soon thereafter as counsel may be heard, pursuant to Fed. R. Civ. P. 12(b)(6), for an order and judgment dismissing the Complaint in all respects and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, Plaintiff's answering papers, if any, are required to be served upon the undersigned not later than July 16, 2007.

Dated: New York, New York
      June 25, 2007

                      THELEN REID BROWN RAYSMAN & STEINER LLP

By: _____
                          Scott H. Wyner
875 Third Avenue
New York, New York 10022
(212) 603-2000
*Attorneys for Defendants*
Scientific Games Corporation and
Scientific Games International, Inc.