UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

ZURCALED INTERNATIONAL, INC.,

                Plaintiff,

        -against-

SCIENTIFIC GAMES CORPORATION,
SCIENTIFIC GAMES INTERNATIONAL,
INC. and SCIENTIFIC GAMES
CORPORATION INTERNATIONAL, INC.,

                Defendants.

------------------------------------------------------------ X

Case No. 07 Civ. 4066 (LBS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

RENEE LABOVITZ, being duly sworn, deposes and says:

        1.      I am over eighteen years of age, am not a party to this action and reside in Flushing, New York.

        2.      On June 26, 2007, I served a copy of Scientific Games Corporation and Scientific Games International, Inc.'s Notice of Motion to Dismiss the Complaint, the Affidavit of Larry Potts in Support of the Motion to Dismiss, with exhibits annexed thereto, Scientific Games Corporation and Scientific Games International, Inc.'s Memorandum of Law in Support of its Motion to Dismiss the Complaint and the Rule 7.1 Statement, by placing true copies of the same enclosed in a securely sealed first class postage-paid envelope, into an official depository under the exclusive control of the U.S.

Postal Service, located in the City of New York, State of New York, addressed as follows:

David Feureisen
Bartels & Feureisen, L.L.P.
925 Westchester Avenue, Suite 304
White Plains, New York 10604

_____
Renee Labovitz

Sworn to before me this
26th day of June, 2007

_____
Notary Public

Scott Wyner
Kings County
Regist. No. 02WY4829792
Expires 04/02/06

/0