UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

ZURCALED INTERNATIONAL, INC.,

        Plaintiff,

   -against-

SCIENTIFIC GAMES CORPORATION,
SCIENTIFIC GAMES INTERNATIONAL,
INC. and SCIENTIFIC GAMES
CORPORATION INTERNATIONAL, INC.,

        Defendants.

-------------------------------------------------------- X

Case No. 07 Civ. 4066 (LBS)

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

> Defendant Scientific Games International, Inc. is wholly owned by defendant Scientific Games Corporation, which is a publicly held corporation. No publicly held corporation owns 10% or more of the stock of defendant Scientific Games Corporation.

Dated: New York, New York
       June 25, 2007

                              Respectfully submitted,

                              THELEN REID BROWN
                                RAYSMAN & STEINER LLP

                              By: /s/ David M. Olasov
                                  David M. Olasov
                              875 Third Avenue
                              New York, New York 10022
                              (212) 603-2000
                              Attorneys for Defendants Scientific
                                Games International Inc. and
                              Scientific Games Corporation