**THELEN REID BROWN RAYSMAN & STEINER** LLP



NEW YORK · SAN FRANCISCO · WASHINGTON, DC · LOS ANGELES
SILICON VALLEY · HARTFORD · NORTHERN NEW JERSEY · SHANGHAI

MEMO ENDORSED

Scott H. Wyner
212-603-2375
swyner@thelen.com

July 9, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-07
```

The Honorable Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1650
New York, NY 10007

    Re:    **Zurcaled International, Inc. v. Scientific Games Corporation, et al.
(07-Civ. 4066 [LBS])**

Dear Judge Sand:

    Thelen Reid Brown Raysman & Steiner LLP represents defendants Scientific Games Corp. and Scientific Games International, Inc. in the above-referenced matter and, by this letter, plaintiff and defendants jointly request an adjournment of defendants' Motion to Dismiss, now set for July 19, 2007, and the establishment of the following briefing schedule.

    Subject to the Court's approval, the parties request that the hearing of the motion be rescheduled for September 6, 2007, at 2:15 p.m. Plaintiff will serve and file its opposition papers on or before August 8, 2007 and defendants will serve and file their reply on or before August 31, 2007.

                                 Respectfully submitted,

                                   Scott H. Wyner

cc: David Feureisen, Esq.

**MEMO ENDORSED**

Granted
7/11/07
/s/ Sand
USDJ

NEW YORK · 875 Third Avenue · New York, NY 10022 · Tel: 212.603.2000 · Fax: 212.603.2001    www.  .com