## SARETSKY KATZ DRANOFF & GLASS, L.L.P.
331 MADISON AVENUE
NEW YORK, NEW YORK 10017

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939

ALAN G. KATZ

ROCKLAND COUNTY OFFICE
450 PIERMONT AVENUE
PIERMONT, NEW YORK 10968

WESTCHESTER COUNTY OFFICE
925 WESTCHESTER AVENUE
WHITE PLAINS, NEW YORK 10604

**BY HAND**

April 8, 2003

Leslie K. Case, Esq.
Director of Compliance
Scientific Games Corporation
750 Lexington Avenue
New York, New York 10022

      Re:   <u>Zurcaled International, Inc.</u>

Dear Leslie:

    I enclose herewith the compliance documents requested of Zurcaled International, Inc. and Ernesto J. De La Cruz. Please call me should you need any additional information.

                                            Very truly yours,

                                            Alan G. Katz

AGK:mm
Enclosure

# INTERNATIONAL
## CONFIDENTIAL BUSINESS ENTITY QUESTIONNAIRE

### 1. Business Entity

| Field | Value |
|---|---|
| Name | Zurcaled International, Inc. |
| "Doing Business As" Names | N/A |
| Legal Form | [X] Corporation  [ ] Partnership  [ ] (Other specify) |
| Street | 5025 Collins Avenue |
| City | Miami Beach |
| Province | |
| Country | USA |
| Postal Code | 33140 |
| Telephone | 305-868-5433 |
| Contact Person | Ernesto J. De La Cruz |
| Title | President |

### 2. Please provide brief description of type of business conducted and geographical area covered.

Gaming Consultant specializing in Latin America.

### 3. Please provide names and addresses of all Principal Officers, Directors & 5% Stockholders (or partners)

| Name | Address | Title |
|---|---|---|
| Ernesto J. De La Cruz | 5025 Collins Avenue, Miami Beach, FL 33140 | President/Treasurer |
| Graciela De La Cruz | 5025 Collins Avenue, Miami Beach, FL 33140 | Vice President/Secretary |

Fpac7/96-1

4. Please provide the names and addresses of any persons not listed in response to question 3 who hold a beneficial interest in 5% or more of the company.

N/A

5. List and briefly describe any material litigation pending against the company.

NONE

6. List and briefly describe any material regulatory or administrative proceedings currently pending against the company.

NONE

## RELEASE AUTHORIZATION-BUSINESS ENTITY

To all Courts, Employers, Educational Institutions, Banks, Financial and Other Institutions, and all Governmental Agencies—federal, state, and local, without exception, both foreign and domestic.

__Zurcaled International, Inc.__ has authorized Scientific Games Corporation
(Name of Business Entity)
to conduct a full investigation into its background and activities.

Therefore, you are hereby authorized to release any and all information pertaining to __Zurcaled International, Inc.__, documentary or otherwise, as requested
(Name of Business Entity)
by an appropriate employee of Scientific Games's Corporate Legal Department or an independent investigator engaged by Scientific Games.

This authorization shall supersede and countermand any prior request or authorization to the contrary.

A photostatic copy of this authorization will be considered as effective and valid as the original.

The undersigned is authorized to sign this Release Authorization on behalf of __Zurcaled International, Inc.__.
(Name of Business Entity)

SIGNATURE: _[signature]_

Print Name: Ernesto J. De La Cruz

Title: President

Sworn and subscribed to before me on this 7th day of April, 2003.

OFFICIAL NOTARY SEAL
MARIA VEIZAGA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC912478
MY COMMISSION EXP. MAR. 31, 2004

Fpac7/96-4

# SCIENTIFIC GAMES CORPORATION

## CONFIDENTIAL
## PERSONAL HISTORY RECORD
## GENERAL INSTRUCTIONS

Scientific Games Corporation's Compliance System requires a personal history record of from proposed business associations' principals and certain stockholders. This information is required in order for Scientific Games to comply with the standards established by governmental agencies that regulate the gaming industry and to assist the Company in its efforts to assure the public, shareholders, our customers, and our employees that we intend to safeguard our reputation and insure that we serve with integrity.

All persons completing this form are advised that misrepresentation or failure to reveal accurate information requested is sufficient reason to cancel or suspend relations.

We urge you to be as complete and as accurate as possible.

### 1. PERSONAL INFORMATION:

| Last Name | First Name | Middle Name |
|---|---|---|
| De La Cruz | Ernesto | Jesus |

| List other names used or known by (Aliases, Nicknames, Maiden Name, Other Name Changes, Legal or Otherwise) | Place of Birth |
|---|---|
| None | Havana, Cuba |

| Sex | Age | Date of Birth | Social Security # or other identifying # | Occupation/Profession |
|---|---|---|---|---|
| M | 63 | 11/07/39 | 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 | Consultant |

### 2. ADDRESS INFORMATION:

| | Residence | Business |
|---|---|---|
| Apt. Suite # | 2008 | Same |
| Street | 5025 Collins Avenue | |
| City | Miami Beach | |
| State/Province | Florida | |
| Country | USA | |
| Postal Code | 33140 | |
| Telephone Number | 305-868-5433 | |

### 3. CITIZENSHIP INFORMATION:

| Are you a citizen of the United States? | If no, country of citizenship | If alien, U.S. registration Number | If naturalized U.S. citizen, list: |
|---|---|---|---|
| Yes X No | | | Certificate # Unknown<br>Date.<br>Place |

### 4. MARITAL INFORMATION:

Single    X Married    Separated    Divorced    Widowed    Engaged

Fpac7/96-5

|  | Current Spouse | Former Spouse (Complete only if divorced within last five years) |
|---|---|---|
| Current Name | Graciela De La Cruz | N/A |
| Maiden Name | Guzman |  |
| Date of Birth | 3/31/41 |  |
| Place of Birth | Havana, Cuba |  |
| Residence Address (include apt. #) | 2008 |  |
| Street | 5025 Collins Avenue |  |
| City | Miami Beach |  |
| State/Province | Florida |  |
| Country | USA |  |
| Postal Code | 33140 |  |
| Telephone # | 305-868-5433 |  |
| Occupation | Administrative Assistant |  |
| Employer Name | Zurcaled International, Inc. |  |
| Business Address (include suite #) | See Above |  |
| Street |  |  |
| City |  |  |
| State/Province |  |  |
| Country |  |  |
| Postal Code |  |  |
| Telephone # |  |  |
| Date & location of any court decree for separation, divorce or Annulment | None |  |

### 5. CHILDREN:

| Name | Date of Birth | Residence (City, State or Province, & Country) |
|---|---|---|
| Mary Eugenie De La Cruz | 6/25/62 | Coral Springs, Florida |
| Mary Anne Noud | 6/25/62 | Coral Springs, Florida |
| Ernesto Joseph De La Cruz | 7/11/68 | Belle Mead, New Jersey |
|  |  |  |
|  |  |  |

### 6. BACKGROUND INFORMATION

| QUESTION | NO | YES | If you answer "yes," please provide details |
|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Have you ever served in any armed forces? | X | | Branch | Service | Dates of Service | Type of Discharge |
| If you served in the armed forces, were you ever arrested for an offense which resulted in summary action, a trial, or special or general court martial? | X | | Name of Offense | | Date and Location of Action Taken | |
| Have you ever been arrested, detained, charged with, indicted, or summoned to answer for any criminal offense or violation (except a minor traffic violation)? | X | | Date of Arrest | Location, City & State | Charge | Disposition |
| Has a criminal indictment, information, or complaint ever been returned against you, but for which you were not arrested or in which you were named as an unindicted co-party? | X | | Date | | Location, City & State | |
| Have you ever received a pardon for any criminal offense? | X | | Date | Location, City & State | Nature of Offense | |
| Have you ever been summoned to appear before any governmental investigative commission or committee? | X | | Date | Location, City & State | Type of Inquiry | |
| Has any member of your family ever been convicted of a felony? | X | | Date | Location, City & State | Nature of Offense | Name of Family Member |
| Have you ever had a privileged or professional license (other than a driver's license) in any jurisdiction revoked or suspended? | X | | Date | Location, City & State | Type of License | |
| Have you ever been refused or denied a gaming license or been a participant in any group which has been refused or denied a gaming license in any jurisdiction? | X | | Date | Location, City & State | | |
| Has any member of your family ever been refused or denied a gaming license in any jurisdiction or had a gaming license suspended or revoked or been a participant in any group that has been refused or denied a gaming license or had a gaming license suspended or revoked? | X | | Date | Location, City & State | Name of Family Member | |

### 7. PREVIOUS RESIDENCES (Please list all residences you have had for the last ten years. If you do not recall street address, just fill in city, state, and country)

| From | To | Street | City | State or Country |
|---|---|---|---|---|
| 7/87 | 12/97 | 454-267 Prospect Avenue | West Oranage | New Jersey |
| / | / | | | |
| / | / | | | |
| / | / | | | |
| / | / | | | |
| / | / | | | |

### 8. PREVIOUS EMPLOYMENT (Beginning with your current position, please list your work history for the last ten years and all businesses with which you have been involved as either an owner of 5% or more or as an officer or

| From | To | Name and Address of Employer/Business |
|---|---|---|
| /1985 | /Present | Zurcaled International, Inc. |

Fpac 7/96-7

| / | / | |
|---|---|---|
| / | / | |
| / | / | |
| / | / | |
| / | / | |
| / | / | |
| / | / | |
| | | |

### 9. CHARACTER REFERENCES (List three references who have known you for at least 5 years)

| Name | Address | Telephone |
|---|---|---|
| Alan G. Katz | SARETSKY KATZ DRANOFF & GLASS, L.L.P. 331 Madison Avenue, New York, NY 10017 | (212) 973-9797 |
| Nicholas Costantino | 110 Meadowlands Parkway Secaucus, New Jersey | (201) 865-1040 |
| Alberto De Solo | Merrill Lynch Miami, Florida | (305) 251-0051 |

_____
Signature

Sworn and subscribed to before me on
this 7th day of April, 2003

_____
Notary Public

OFFICIAL NOTARY SEAL
MARIA VEIZAGA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC90075
MY COMMISSION EXP. MAR. 31 2004

My Commission expires:

Fpac7/96-8

# RELEASE AUTHORIZATION-INDIVIDUAL

To all Courts, Probation Departments, Selective Service Boards, Employers, Educational Institutions, Banks, Financial and Other Institutions, and all Governmental Agencies—federal, state, and local, without exception, both foreign and domestic.

I have authorized Scientific Games Corporation to conduct a full investigation into my background and activities.

Therefore, you are hereby authorized to release any and all information pertaining to me, documentary or otherwise, as requested by an appropriate employee of Scientific Games's Corporate Legal Department or an independent investigator engaged by Scientific Games.

This authorization shall supersede and countermand any prior request or authorization to the contrary.

A photostatic copy of this authorization will be considered as effective and valid as the original.

Social Security # Or Other Identifying #: 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

Date of Birth: 11/07/39

SIGNATURE: _[signature]_

Print Name: Ernesto J. De La Cruz

Title:

Sworn and subscribed to before me on this 7TH day of April, 2003.

_[signature]_ SEAL

OFFICIAL NOTARY SEAL
MARIA VEIZAGA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC912078
COMMISSION EXP. MAR. 31 2004

Fpac7/96-9

Form 1120S (2002) ZURCALED INTERNATIONAL, INC.     22-2790919

Note: The corporation is not required to complete Schedules L and M-1 if question 9 of Schedule B is answered "Yes".

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 82,443 | | 45,322 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach schedule) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | 884,069 | | 1,272,339 |
| 10a | Buildings and other depreciable assets | 12,860 | | 12,860 | |
| b | Less accumulated depreciation | 12,860 | | 12,860 | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 11,064 | | 11,064 | |
| b | Less accumulated amortization | 11,064 | | 11,064 | |
| 14 | Other assets (attach schedule) | | | | |
| 15 | Total assets | | 966,512 | | 1,317,661 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 21,094 | | |
| 18 | Other current liabilities (attach schedule) | | 5,487 | | 6,648 |
| 19 | Loans from shareholders | | 525,696 | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock | | 1,000 | | 1,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 413,235 | | 1,310,013 |
| 25 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 966,512 | | 1,317,661 |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 3,623,472 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 6 (itemize): | |
| 2 | Income included on Schedule K, lines 1 through 6, not recorded on books this year (itemize): | | | a Tax-exempt interest $ 36,438 See Schedule 20,079 | 56,517 |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 11a, 15g, and 16b (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 11a, 15g, and 16b, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ 7,501 | 7,501 | 7 | Add lines 5 and 6 | 56,517 |
| 4 | Add lines 1 through 3 | 3,630,973 | 8 | Income (loss) (Schedule K, line 23). Line 4 less line 7 | 3,574,456 |

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see page 26 of the instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 357,252 | 55,983 | |
| 2 | Ordinary income from page 1, line 21 | 372,628 | | |
| 3 | Other additions | 3,201,828 | 56,517 | |
| 4 | Loss from page 1, line 21 | ( ) | | |
| 5 | Other reductions | ( 7,501 ) | ( ) | |
| 6 | Combine lines 1 through 5 | 3,924,207 | 112,500 | |
| 7 | Distributions other than dividend distributions | 2,726,694 | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 1,197,513 | 112,500 | |

Form 1120S (2002)