*ErNESTO:*
*908-464-8970*

**Alan Katz**
**From:** Case, Leslie [lcase@scientificgames.com]
**Sent:** Wednesday, May 07, 2003 11:22 AM
**To:** Alan Katz
**Subject:** RE: Ernesto De La Cruz

Alan,

This is the information I have: A state tax lien was entered in the Dade County Circuit Court against Zurcaled Int'l Inc., 5025 Collins Ave, #2008, Miami, Florida on May 24, 2000, # 00R249456, in the amount of $218. Another state tax lien was filed on June 21, 2001, # B19734P3381 in the amount of $410, same debtor, same court.

Leslie

-----Original Message-----
**From:** Alan Katz [mailto:AKatz@skdglaw.com]
**Sent:** Monday, May 05, 2003 4:07 PM
**To:** Case, Leslie
**Subject:** RE: Ernesto De La Cruz

Leslie, we have no info on the liens. Please provide me with the details so we can track it down i.e. what state, ss#, etc. There are others with the same name that in the past, has caused some confusion. Thanks.

-----Original Message-----
**From:** Case, Leslie [mailto:lcase@scientificgames.com]
**Sent:** Monday, May 05, 2003 1:10 PM
**To:** Alan Katz
**Cc:** Weil, Rick; Corneck, Larry
**Subject:** Ernesto De La Cruz

Alan,

I received Kreller's report on Zurcaled International and Ernesto. A couple of things. The report shows Nicholas F. Constantino as Zurcaled's Treasurer. If this is accurate, Mr. Constantino needs to complete the Personal History Questionnaire form that Mr. De La Cruz filled out. Also, the report shows Zurcaled as the debtor of two state tax liens in the amount of $218 (5/24/00) and $410 (6/21/01). Please have Mr. De La Cruz provide an explanation as to the liens. Finally, when did Mr. De La Cruz work for Gtech? Was it as an employee or independent consultant? What were his responsibilities?

If you have any questions, please call me.

Once I have this information, Compliance Committee approval should (or so I anticipate) be forthcoming.

Thank you.

Leslie K. Case
Director of Compliance
Scientific Games Corporation
750 Lexington Avenue
New York, New York 10022
(212) 754-2372