**THELEN REID BROWN RAYSMAN & STEINER** LLP

David M. Olasov
212.603.2231 Direct Dial
212.812-3335 Direct Fax
dolasov@thelen.com

NEW YORK · SAN FRANCISCO · WASHINGTON, DC · LOS ANGELES
SILICON VALLEY · HARTFORD · NORTHERN NEW JERSEY · SHANGHAI





RECEIVED NOV 0 6 2007 CHAMBERS LEONARD B. SAND

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-07

November 5, 2007

**_By Hand Delivery_**
Hon. Leonard B. Sand
Room 1650
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:  Zurcaled International, Inc. v. Scientific Games Corporation, Et al.
           Case No. 07cv4066 (LBS)

Dear Judge Sand:

We represent defendants Scientific Games Corporation and Scientific Games International, Inc. At the oral argument of the pending cross-motions for summary judgment, you invited the parties to make an effort to settle the matter, and, to that end, directed the parties, through their counsel, to report to the Court this coming Tuesday, November 6th as to whether the matter had been settled. Pending such advice, the Court was holding in abeyance and reserving decision on the pending motions.

Counsel for the plaintiff and defendant jointly request a two-week extension of this settlement period to Tuesday, November 20th, in aid of on-going settlement discussions.

Counsel for plaintiff has reviewed this letter prior to its transmission.

Respectfully yours,

David M. Olasov

cc: David Feureisen, Esq.

*[Handwritten note:] Extension granted as requested. So ordered. B Sand USDJ 11/6/07*

NY #1206120 v1

NEW YORK · 875 Third Avenue · New York, NY 10022 · Tel: 212.603.2000 · Fax: 212.603.2001    www.thelen.com