UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ZURCALED INTERNATIONAL, INC.,                                :
                                                             :
                 Plaintiff,                           :   Case No. 07 Civ. 4066 (LBS)
                                                             :
      -against-                                           :
                                                             :
SCIENTIFIC GAMES CORPORATION,                                :   **STIPULATION AND**
SCIENTIFIC GAMES INTERNATIONAL,                              :   **ORDER OF DISMISSAL**
INC. and SCIENTIFIC GAMES CORPORA-                           :
TION INTERNATIONAL, INC.,                                    :
                                                             :
                 Defendants.                          :
                                                             :
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-07
```

      Plaintiff Zurcaled International, Inc. ("Zurcaled"), Ernesto J. de la Cruz ("de la Cruz") and defendant Scientific Games International, Inc. having entered into a certain Settlement Agreement dated as of November 20, 2007 (the "Settlement Agreement"); and named defendants Scientific Games Corporation and Scientific Games Corporation International, Inc. having been dismissed as defendants in this action on consent of all parties entered on the record before the Court on September 6, 2007,

      **IT IS HEREBY STIPULATED AND AGREED** as follows:

      1.     The action be dismissed on the merits and with prejudice, but without costs as against any party.

(stipulation continues on following page)

2. The Court shall retain jurisdiction over the parties to the Settlement Agreement or all purposes relating to the enforcement and construction thereof.

Dated: New York, New York
        November   , 2007

BARTELS & FEUREISEN, LLP

By: _____
    David Feureisen
    (A Member of the Firm)

925 Westchester Avenue, Suite 304
White Plains, New York 10604
914-681-7175

Attorneys for Zurcaled International, Inc.
And Ernesto J. de la Cruz

THELEN REID BROWN RAYSMAN &
STEINER, LLP

By: _____
    David M. Olasov
    (A Member of the Firm)

875 Third Avenue,
New York, New York 10022
212-603-2000

Attorneys for Defendant Scientific Games
International, Inc.

SO ORDERED:
(November   , 2007)

_____
Leonard B. Sand, U.S.D.C.

12/6/07